# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2021

162487 & (19)

TRANIQUE BARNES,
   Plaintiff-Appellee,

v

PATRICIA SPIERLING,
   Defendant-Appellant.

Bridget M. McCormack,
*Chief Justice*

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
*Justices*

SC: 162487
COA: 354307
Wayne CC: 19-010774-NI

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 9, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021



a0323

Clerk